Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Frank J. Balsamello / Jamie Bagliebter - (212) 637-2325 / -2236

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

*U.S. DISTRICT COURT FILED AUG 06 2020 S.D.N.Y.*

| United States of America | ) |
|---|---|
| v. | ) |
| LYITH BRANDON GILL, a/k/a "Fashion," | ) Case No. S3 19 Cr. 761 (JPO) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LYITH BRANDON GILL, a/k/a "Fashion,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Narcotics conspiracy and related firearms offenses - 21 U.S.C. § 846; 18 U.S.C. §§ 924(c) and 2

Date:   June 25, 2020                                             *[signature]*
                                                                  *Issuing officer's signature*

City and state:  New York, New York                 Hon. Gabriel W. Gorenstein, U.S. Magistrate Judge
                                                                  *Printed name and title*

### Return

This warrant was received on *(date)* 6/26/2020, and the person was arrested on *(date)* 7/21/2020
at *(city and state)* New York, NY.

Date: 7/21/2020

*[signature]*
*Arresting officer's signature*

Jamal Brown / Deputy U.S. Marshal
*Printed name and title*