# CARLA SANDERSON

ATTORNEY   NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22     T 646.499.3818
NEW YORK, NEW YORK 10016      F 646.499.3814
carla@carlasandersonlaw.com   carlasandersonlaw.com

October 21, 2020

<u>Via ECF</u>
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Lyith Brandon Gill</u>
19 Cr. 761 (JPO)

Dear Judge Oetken:

I was appointed as CJA counsel to represent Lyith Brandon Gill in the above captioned case. Mr. Gill has informed me that attorney Michael Biniakewitz has been retained to represent him in this case. Mr. Biniakewitz filed a notice of appearance on October 18, 2020. I have spoken to Mr. Biniakewitz who has informed me that Mr. Gill consents to the substitution of counsel via letter in lieu of a hearing. The government likewise has no objection to proceeding via letter. I have made arrangements with Mr. Biniakewitz to transfer my case file to him. Accordingly, I respectfully request that this Court grant Mr. Gill's request for substitution of counsel and relieve undersigned counsel from representing Mr. Gill.

> Granted.
> Retained attorney Michael Biniaewitz is hereby substituted in as counsel for defendant and CJA Counsel Carla Sanderson is hereby relieved as counsel.
>   So ordered.
>   October 21, 2020

Respectfully submitted,

/s
_____
Carla Sanderson

_____
J. PAUL OETKEN
United States District Judge