Law Office of Michael Biniakewitz, PC
100 Church Street, Suite 800
New York, NY 10007
917-912-2251 Michael@lawbzpc.com

June 16, 2022

VIA ECF
Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: US v. Lyith Brandon Gill
    1:19-cr-0761

Dear Honorable Judge Oetken:

  The above referenced matter is calendared for an in person conference on June 17, 2022 for the purpose of a change of plea. Unfortunately I submit this request for an adjournment on behalf of Michael Biniakewitz, the attorney of record whom represents Mr. Gill, due to the passing of a family member. I work for Mr. Biniakewitz and am aware that he reached out to the Government, specifically, Ms. Bagliebter, to whom he expressed that he would have me file this request because he will be with family. Mr. Biniakewitz wanted me to apologize to the Court should my filing on his behalf be in contravention of this Honorable Court's rules.

  Knowing that there is a change of plea scheduled, Mr. Biniakewitz respectfully requests two weeks from June 17, 2022, or any date thereafter that is convenient for the Court and the Government.

Respectfully yours,

By: /s/ Lisa Cappucci
Law Office of Michael Biniakewitz, PC
100 Church Street, Suite 800
New York, NY 10007
917-912-2251

> Granted. The June 17, 2022 pretrial conference is adjourned to July 7, 2022, at 12:00 pm. The Court hereby excludes time through July 7, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>  So ordered: June 17, 2022

_____
J. PAUL OETKEN
United States District Judge